Certificate Number: 17082-TXW-DE-037165303

Bankruptcy Case Number: 23-10059


17082-TXW-DE-037165303

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 6, 2023, at 12:50 o'clock PM MST, REBECCA COLLINS completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Texas.

| | | |
|---|---|---|
| Date: February 7, 2023 | By: | /s/Orsolya K Lazar |
| | Name: | Orsolya K Lazar |
| | Title: | Executive Director |